IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAMMY BUFFORD, et al, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:22-cv-01319 |
| CITY OF ST. LOUIS, et al, | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Assistant City Counselor Aaron K. Waters and hereby moves this Court to permit him to withdraw as counsel of record for Defendants City of St. Louis, Michael Sack, Lucas Roethlisberger, and Martinous Walls. Pursuant to Missouri House Bill 495, which became effective on March 26, 2025, Defendant(s) are hereafter to be represented by attorneys from the Missouri Attorney General's Office, who entered his/her appearance for Defendants on July 23, 2025.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an order terminating him as counsel of record for Defendant City of St. Louis, Michael Sack, Lucas Roethlisberger, and Martinous Walls.

Respectfully submitted,

MICHAEL GARVIN,
CITY COUNSELOR

By: /s/ Aaron K. Waters
    Aaron K. Waters -  24135673TX
    1200 Market Street
    City Hall, Room 314
    St. Louis, Missouri 63103
    (314) 622-3366
    (314) 622-4956 fax
    watersaa@stlouis-mo.gov

## CERTIFICATE OF SERVICE

    I hereby certify this Motion to Withdraw was electronically filed on August 25, 2025 with the Court for service by means of Notice of Electronic Filing upon all attorneys of record.

                                 /s/ Aaron K. Waters