# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| TAMMY BUFFORD, individually and as | ) | |
| Administrator of the Estate of Cortez D. Bufford, | ) | |
| and ANTOINE BUFFORD, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Cause No.: 4:22-cv-01319-NCC |
| | ) | |
| POLICE OFFICER LUCAS ROETHLISBERGER, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT NOTICE TO THE COURT

COME NOW the parties, and for their joint notice to the Court regarding proposed trial dates, state as follows:

1.      Pursuant to the Court's Order (Doc. 134), the parties were granted through October 3, 2025 to provide three proposed trial dates for the Court's consideration.

2.      The parties have attempted to identify three sets of proposed trial dates for the Court's consideration.

3.      The parties have identified possible dates including:

>      April 27-May 1, 2026

>      May 11-15, 2026

4.      The parties respectfully request the Court consider the aforementioned dates for jury trial, and if the Court requires additional dates for consideration to grant the parties at least seven (7) additional days to coordinate same.

Respectfully submitted,


By: */s/  Paul A. Marks*_____
      Paul A. Marks, #6271319IL
      Amy L. Bailey, #6335525IL
      217 S. Main Street
      Edwardsville, IL 62025
      P | (618) 659-4499
      F | (855) 319-7816
      E | pleadings@sivialaw.com
      *Attorneys for Plaintiffs*


By: */s/  Stephen Nugent (with consent)*_____
      Stephen Nugent, #76720
      Assistant Attorney General
      207 West High Street
      Jefferson City, Missouri 65101
      Phone: (573) 751-7543
      Email: Stephen.Nugent@ago.mo.gov
      *Attorney for Defendant*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies pursuant to Fed. R. Civ. P. 5(b)(2)(E) that on 1 October 2025, the foregoing instrument was served upon all parties to the above-titled cause by filing it with the court's electronic-filing system or to the email(s) of record below:

Stephen Nugent
Assistant Attorney General
207 West High Street
Jefferson City, Missouri 65101
Phone: (573) 751-7543
Email: Stephen.Nugent@ago.mo.gov
*Attorney for Defendant*


*/s/ Tina M. Huett*_____