# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TAMMY BUFFORD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:22-cv-01319-NCC |
| ) | |
| LUCAS ROETHLISBERGER, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR STATUS CONFERENCE HEARING

COME NOW Defendants, by and through undersigned counsel, and in support of their Motion for Status Conference Hearing, state:

1. After a status conference hearing, the Court referred the parties to alternative dispute resolution (ADR) on September 4, 2025, and set an ADR completion deadline of November 3, 2025. Doc. 130.

2. On October 7, the parties selected neutral, Bradley A. Winters, and scheduled the ADR for November 3, 2025. Docs. 140, 142.

However, on October 16, counsel for Defendant was informed by the SLMPD Police Board that they should refrain from exercising the Board's authority to reach settlements until further notice in light of the following:

1. On September 30, 2025, in the case of *Don R. Clark, et al., v. City of St. Louis, et al.*, 4:21-cv-00788-JMD, the Honorable Judge Joshua Divine entered an order denying Defendants' Motion to Substitute Parties. *Clark v. City of St. Louis*, 4:21-cv-00788-JMD (E.D. Mo. 2025) (order denying Motion to Substitute Parties) (Doc. 212).

2. In the order, Judge Divine reasons that the statute which created the SLMPD Police Board only transferred the liabilities of contractual liabilities, utility obligations, and the like, and did not transfer liabilities for injuries caused by the City's policies. *Id.* at 7.

3. On October 10, the City of St. Louis appealed this order to the 8th Circuit, and the 8th Circuit is currently accepting briefing as to whether it will grant the appeal or not. *Clark v. City of St. Louis*, 25-8011 (8th Cir. 2025) (petition for permission to appeal) (Doc. 2); *Clark v. City of St. Louis*, 4:21-cv-00788-JMD (E.D. Mo. 2025) (letter from USCA re: petition for permission to appeal) (Doc. 215).

4. On October 16, in light of the City's appeal, the SLMPD Police Board informed Defendant's counsel that, "In light of some recent developments that call into question the Board's authority to reach settlements in any police cases filed before the transition to state control, please hold off on exercising any settlement authority on behalf of the board until further notice."

Defendant requests a status conference hearing for the following reasons:

1. Defendant cannot engage in ADR without settlement authority.

2. Defendant wishes to inform the court of the current status of settlement authority and how the current withdrawal of authority impacts the current case's scheduling order.

3. Defendant wishes to discuss with Plaintiffs and the Court on how to proceed

in light of these events and wish to reschedule the ADR as soon settlement authority has been restored.

WHEREFORE, Defendants respectfully request that this honorable Court grant their Motion for Status Conference Hearing and for any other relief the Court deems reasonable under the circumstances.

Respectfully submitted,

**CATHERINE L. HANAWAY**
Attorney General

*/s/ Stephen Nugent*
Stephen Nugent, Bar #76720
Assistant Attorney General
207 West High Street
Jefferson City, Missouri 65101
(573) 751-7543
Stephen.Nugent@ago.mo.gov

Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2025, the foregoing was filed electronically via the Court's electronic filing system to be served on all attorneys of record.

*/s/ Stephen Nugent*
Assistant Attorney General