**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| TAMMY BUFFORD, individually and as Administrator of the Estate of Cortez D. Bufford, and ANTOINE BUFFORD,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>POLICE OFFICER LUCAS ROETHLISBERGER,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Cause No.: 4:22-cv-01319-NCC<br>)<br>)<br>)<br>) |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION
FOR STATUS CONFERENCE HEARING**

COME NOW Plaintiffs, Tammy Bufford, individually and as Administrator of the Estate of Cortez D. Bufford, and Antoine Bufford, decedent's parents, by and through their undersigned counsel, and for their Response to Defendants' Motion for Status Conference Hearing (Doc. 143), state as follows:

　　1.　Plaintiffs' counsel is agreeable to the Court scheduling a status conference in this matter.

　　2.　The Plaintiffs are of the position that the only Defendant presently in the case is Police Officer Lucas Roethlisberger, who is a City of St. Louis employee.

　　3.　As such, Judge Divine's ruling in the case of *Don R. Clark, et al., v. City of St. Louis, et al.,* 4:21-CV-00788-JMD, has little to no bearing on this case. The Police Board seems to just seek clarity on its role, via appeal, but little to none is needed in this case.

4. That negotiation in good faith is needed at mediation, with those individuals having proper authority present, and having the ability to settle a case sounding in excessive force, wrongful death, & survival at an appropriate amount, pursuant to L.R. 602(c).

5. Defense counsel has informed Plaintiffs' counsel that the State is without sufficient funding for this settlement.

6. Plaintiffs' counsel would prefer that this status conference be held by video but will be present in chambers if that is the Court's preference.

7. Attorney Amy L. Bailey is presently on maternity leave, so attorney Todd W. Sivia may join attorney Paul M. Marks.

WHEREFORE, Plaintiffs Tammy Bufford, individually and as Administrator of the Estate of Cortez D. Bufford, and Antoine Bufford, decedent's parents, respectfully request the Court set a status conference hearing on the first available date and for such other relief the Court deems appropriate.

Respectfully submitted,

By: _/s/_ Paul A. Marks_____
Paul A. Marks, #6271319IL
Amy L. Bailey, #6335525IL
217 S. Main Street
Edwardsville, IL 62025
P | (618) 659-4499
F | (855) 319-7816
E | pleadings@sivialaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies pursuant to Fed. R. Civ. P. 5(b)(2)(E) that on 20 October 2025, the foregoing instrument was served upon all parties to the above-titled cause by filing it with the court's electronic-filing system or to the email(s) of record below:

>Stephen Nugent, #76720
>Assistant Attorney General
>207 West High Street
>Jefferson City, Missouri 65101
>(573) 751-7543
>Stephen.Nugent@ago.mo.gov
>
>*Attorneys for Defendant*

                                                  _/s/_ Tina M. Huett_____