IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAMMY BUFFORD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:22-CV-01319 |
| CITY OF ST. LOUIS, et al., | ) |
| Defendants. | ) |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW Assistant City Counselor Rachael Hagan and hereby moves this Court to permit her to withdraw as counsel of record for all Defendants as she indicated during her last appearance before the Court. (Doc. 128). Pursuant to Missouri House Bill 495, which became effective on March 26, 2025, Defendants are hereafter to be represented by attorneys from the Missouri Attorney General's Office, who entered his appearance for Defendants on July 22, 2025. (Doc. 116).

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an order terminating her as counsel of record for all Defendants.

Respectfully Submitted,

**MICHAEL GARVIN**
**CITY COUNSELOR**

*/s/ Rachael Hagan*
Rachael Hagan #74923
Assistant City Counselor
1200 Market Street
City Hall, Room 314
St. Louis, MO 63103
314.622.4618
FAX: 314.622.4956
HaganR@stlouis-mo.gov

**CERTIFICATE OF SERVICE**

I hereby certify this Motion to Withdraw was electronically filed on October 23, 2025, with the Court for service by means of Notice of Electronic Filing upon all attorneys of record.

*/s/ Rachael Hagan*