**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| TAMMY BUFFORD, et al., | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | )   Case No. 4:22-cv-01319-NCC |
| | ) |
| CITY OF ST. LOUIS, *et al.,* | ) |
| | ) |
| *Defendants.* | ) |

**ENTRY OF APPEARANCE**

Assistant Attorney General, Scott J. Bower, hereby enters his

appearance as counsel of record for Defendant Lucas Roethlisberger.

Respectfully submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General

*/s/ Scott J. Bower*
Scott J. Bower
Mo. Bar #75486
Assistant Attorney General
221 West High Street
Jefferson City, MO 65101
Phone: (573) 751-8108
Fax: (573) 751-9456
Scott.Bower@ago.mo.gov

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, the foregoing was filed electronically via the Court's electronic filing system and was served by operation of the Court's electronic filing system on all counsel of record.

*/s/ Scott J. Bower*
Scott J. Bower
Assistant Attorney General