**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| TAMMY BUFFORD, et al., | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Case No. 4:22-cv-01319-NCC |
| | ) | |
| CITY OF ST. LOUIS, *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

**<u>Notice of Settlement</u>**

Defendant gives notice that the parties have agreed upon a settlement and the terms of that agreement to resolve all of the remaining claims in this matter. The parties will finalize the settlement and file a stipulation of dismissal within forty-five days of this notice. The parties respectfully request that the Court vacate tomorrow's pre-trial hearing and next week's trial, and for any further relief the Court deems just and proper.

Respectfully submitted,

**CATHERINE L. HANAWAY**
Attorney General

*/s/ Kelli Reichert*
Kelli Reichert MO Bar Number 73910
Assistant Attorney General
815 Olive Street, Suite 200
St. Louis , Missouri 63101
Telephone:  (314) 340-7849
Email:        Kelli.Reichert@ago.mo.gov
*Attorney for Defendant*

1

## Certificate of Service

I hereby certify that on April 21, 2026, I filed the foregoing electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/Kelli Reichert*
Assistant Attorney General