**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

TAMMY BUFFORD, *individually and as* )
*Administrator of the Estate of Cortez D.* )
*Bufford*, and ANTOINE BUFFORD, )
)
      **Plaintiffs,** )
)
      **v.** )   **Case No. 4:22-CV-01319-NCC**
)
POLICE OFFICER LUCAS )
ROETHLISBERGER, )
)
      **Defendant.** )

**ORDER**

This matter is before the Court on Defendant's Notice of Settlement (Doc. 206).  The Court notes that "[u]nder Missouri law, the Court must approve any settlement in a claim for damages under Missouri's wrongful death statute." *Medley v. Scenic Nursing & Rehab. Ctr., LLC*, No. 4:23-CV-01062-AGF, 2024 WL 3272907, at *2 (E.D. Mo. July 2, 2024) (citing Mo. Rev. Stat. § 537.095.1); *Long v. Gyrus ACMI, Inc*., No. 4:18-CV-00004-SEP, 2021 WL 1985054, at *2 (E.D. Mo. May 18, 2021) ("wrongful death plaintiffs must present the proposed settlement agreement for Court approval").  In order to clarify the applicability of and compliance with this requirement as to Plaintiffs' claims, the Court will hold a status conference.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is set for a Zoom status conference today, April 22, 2026, at 1:00p.m. Counsel of record will receive an email with a link to join the video conference.

Dated this 22nd day of April, 2026.


                  _\_\_\_/s/ Noelle C. Collins_____
                  NOELLE C. COLLINS
                  UNITED STATES MAGISTRATE JUDGE