**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

TAMMY BUFFORD, individually and as Administrator of the Estate of Cortez D. Bufford, and ANTOINE BUFFORD,

Plaintiffs,

v.

POLICE OFFICER LUCAS ROETHLISBERGER,

Defendant.

Cause No.: 4:22-cv-01319-NCC

## PROPOSED SETTLEMENT STATEMENT

| Order of Operations | Description | Clio Report | Amount | Settlement Balance |
|---|---|---|---|---|
| 1. | Gross Settlement Payment from Defendant | | $1,687,483.00 | $1,687,483.00 |
| 2. | Sivia Law Fees | $590,708.00 | One-third of gross proceeds (1,687,483 / 3) = $562,494.33 | $1,124,988.67 |
| 2. | 3% Jury Consultant Expense per Addendum to Contract to Sivia Law | | 3% of gross settlement (1,687,483 x .03) = $50,624.49 | $1,074,364.18 |
| 3. | Expenses Reimbursable to Sivia Law | $76,715.96 | Settlement Balance ($1,074,364.18) minus $76,715.96 | $997,648.22 |
| | | | **Net Settlement:** | **$997,648.22** |

| APPORTIONMENT OF NET SETTLEMENT BALANCE | | | |
|---|---|---|---|
| **Claim** | **Payable To:** | **Percent Apportioned** | |
| Wrongful Death Claim | Antoine Bufford and Tammy Bufford | 99.00% | $987,769.57 |
| Survival Act Claim | Tammy Bufford, as Administrator of the Estate of Cortez D. Bufford | 1.00% | $9,878.65 |
| | | **Settlement Balance:** | **$0.00** |



EXHIBIT
C

| ESTATE DISTRIBUTION | |
|---|---|
| **Estate Assets** | |
| Survival Claim Proceeds | $9,878.65 |
| **Estate Expenses** | |
| Court Costs | -$421.71 |
| Attorney's Fees | -$8,285.00 |
| **Claims against the Estate** | |
| State of Missouri, Department of Revenue | -$1,127.57 |
| Gregory F.X. Daly, Collector of Revenue | -$44.37 |
| **Balance of the Estate:** | **$0.00** |