**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TAMMY BUFFORD, et al., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:22CV01319NCC |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF ST. LOUIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW

Assistant Attorney General, Kelli J. Reichert hereby requests the court to withdraw Paulina Fuhrmann as counsel for Defendant Lucas Roethlisberger. Ms. Fuhrmann has left the employment of the Missouri Attorney General's Office. Assistant Attorney General Kelli J. Reichert will remain as counsel for Defendant Lucas Roethlisberger.

Respectfully submitted,

**CATHERINE L. HANAWAY**
Attorney General

*/s/ Kelli J. Reichert*
Kelli J. Reichert, #73910
Assistant Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63110
Telephone: (314) 340-7849
Email: Kelli.Reichert@ago.mo.gov
*Attorney for Defendant Roethlisberger*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2026, the foregoing was filed electronically via the Court's electronic filing system and was served by operation of the Court's electronic filing system on all counsel of record.

*/s/ Kelli Reichert*
Assistant Attorney General